## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 5697, 5729** |

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Attestor Limited, on behalf of itself and its affiliated entities, including Avon Holdings I, LLC (collectively, "Attestor") and Humana Inc. ("Humana," and, together with Attestor, the "Acthar Insurance Claimants"),[2] creditors in the above-captioned cases, by and through their undersigned counsel, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and rules 8002(a)(1) and 8003 of the Federal Rules of Bankruptcy Procedure, from the order (D.I. 5697) (the "Order"), sustaining the *Debtors' Objection to Certain Acthar-Related Administrative Claims* (D.I. 3529), entered on December 6, 2021, by the United States Bankruptcy Court for the District of Delaware, and the oral bench ruling issued in connection with the Order (D.I. 5729) (the "Bench Ruling").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.   The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

[2] Attestor entered into an agreement with Humana to pursue and participate in any proceeds of Humana's claims against the Debtors with respect to the distribution, marketing, and sale of H.P. Acthar Gel.  *See* Verified Statement of Willkie Farr & Gallagher LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, D.I. 2066.  Attestor is also the transferee and owner of the Acthar-related claims filed by United Healthcare Services, Inc. and OptumRx Group Holdings and OptumRx Holdings, LLC.  *See* Transfer/Assignment of Claim, D.I. 2317.  Attestor is also the transferee and owner of certain claims, including Acthar-related claims, filed by CVS Pharmacy, Inc.  *See* Partial Transfer of Claim Other Than for Security, D.I. 3246.

PLEASE TAKE FURTHER NOTICE that a copy of the Order is attached hereto as **Exhibit A**, and a copy of the Bench Ruling is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the Order and Bench Ruling appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Counsel to the Acthar Insurance Claimants:**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Donna L. Culver (Bar No. 2983)
Robert J. Dehney (Bar No. 3578)
Matthew B. Harvey (Bar No. 5186)
Matthew O. Talmo (Bar No. 6333)
Taylor M. Haga (Bar No. 6549)
1201 North Market Street, 16th Floor
P.O.  Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:  dculver@morrisnichols.com
           rdehney@morrisnichols.com
           mharvey@morrisnichols.com
           mtalmo@morrisnichols.com
           thaga@morrisnichols.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman
Paul V. Shalhoub
Joseph T. Baio
Matthew Freimuth
Benjamin P. McCallen
Richard Choi
Philip F. DiSanto
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: mfeldman@willkie.com
           pshalhoub@willkie.com
           jbaio@willkie.com

**Counsel to Mallinckrodt plc and its affiliated Debtors:**

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
           stearn@rlf.com
           merchant@rlf.com
           steele@rlf.com
           schlauch@rlf.com

**LATHAM & WATKINS LLP**
George A. Davis
George Klidonas
Andrew Sorkin
Anupama Yerramalli
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
           george.klidonas@lw.com
           andrew.sorkin@lw.com

Jeffrey E. Bjork
355 South Grand Avenue, Suite 100
Los Angeles, California 90071

mfreimuth@willkie.com
bmccallen@willkie.com
rchoi@willkie.com
pdisanto@willkie.com

**EIMER STAHL LLP**
Scott C. Solberg
James W. Joseph
Benjamin E. Waldin
James W. Joseph
Sarah H. Catalano
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Email: ssolberg@eimerstahl.com
      jjoseph@eimerstahl.com
      bwaldin@eimerstahl.com
      ssolberg@eimerstahl.com
      jjoseph@eimerstahl.com
      scatalano@eimerstahl.com

Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

Jason B. Gott
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

**ARNOLD & PORTER KAYE SCHOLER, LLP**
Matthew W. Wolf
Laura Shores
Michael B. Bernstein
Sonia Kuester Pfaffenroth
Rosa J. Evergreen
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
michael.b.bernstein@arnoldporter.com
laura.shores@arnoldporter.com
sonia.pfaffenroth@arnoldporter.com
rosa.evergreen@arnoldporter.com

D. Eric Shapland
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
eric.shapland@arnoldporter.com

[*Signature follows*]

Dated: December 20, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew B. Harvey*
Donna L. Culver (Bar No. 2983)
Robert J. Dehney (Bar No. 3578)
Matthew B. Harvey (Bar No. 5186)
Matthew O. Talmo (Bar No.6333)
Taylor M. Haga (Bar No. 6549)
1201 North Market Street, 16th Floor
P.O.  Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:       dculver@morrisnichols.com
                 rdehney@morrisnichols.com
                 mharvey@morrisnichols.com
                 mtalmo@morrisnichols.com
                 thaga@morrisnichols.com

- and -

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Joseph T. Baio (admitted *pro hac vice*)
Matthew Freimuth (admitted *pro hac vice*)
Benjamin P. McCallen (admitted *pro hac vice*)
Richard Choi (admitted *pro hac vice*)
Philip F. DiSanto (admitted *pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email:       mfeldman@willkie.com
                 pshalhoub@willkie.com
                 jbaio@willkie.com
                 mfreimuth@willkie.com
                 bmccallen@willkie.com
                 rchoi1@willkie.com
                 pdisanto@willkie.com

- and -

4

Scott C. Solberg (admitted *pro hac vice*)
James W. Joseph (admitted *pro hac vice*)
Benjamin E. Waldin (admitted *pro hac vice*)
Sarah H. Catalano (admitted *pro hac vice*)
**EIMER STAHL LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone:  (312) 660-7600
ssolberg@eimerstahl.com
jjoseph@eimerstahl.com
bwaldin@eimerstahl.com
scatalano@eimerstahl.com

*Counsel to the Acthar Insurance Claimants*