## Exhibit A

**Order**

LEAD, SealedDoc(s), MEGA, STANDOrder, CLMSAGNT, APPEAL

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Bankruptcy Petition #: 20-12522-JTD

*Date filed:* 10/12/2020
*341 meeting:* 02/12/2021
*Deadline for filing claims:* 02/16/2021

*Assigned to:* John T. Dorsey
Chapter 11
Voluntary
Asset

*Debtor*
**Mallinckrodt plc**
675 McDonnell Blvd.
Hazelwood, MO 63042
ST. LOUIS-MO
Tax ID / EIN: 98-1088325

represented by **Justin A. Allen**
Ogletree, Deakins, Nash, Smoak & Stewart
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
(317) 916-2533
Email: justin.allen@ogletree.com

**Michael B. Bernstein**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
202-942-5000
Email: michael.b.bernstein@arnoldporter.com

**Jeffrey E. Bjork**
Latham & Watkins
335 South Grand Avenue
Suite 100
Los Angeles, CA 90071-1560
213-485-1234
Fax : 213-891-8763
Email: jeff.bjork@lw.com

**Sara A. Brown**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax : 212-751-4854
Email: sara.brown@lw.com

**Liza L. Burton**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

**Michael H. Cassel**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street

New York, NY 10019
212-403-1000
Fax : 212-403-2000
Email: mhcassel@wlrk.com

**Andrew J.H. Cheung**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Fax : 212-403-2000
Email: ajhcheung@wlrk.com

**Mark D. Collins**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302 651-7700
Fax : 302-651-7701
Email: collins@RLF.com

**George A Davis**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax : 212-751-4864
Email: george.davis@lw.com

**Amy DeWitt**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, MN
Washington, DC 20001-3743
202-941-5000
Fax : 202-941-5999
Email: amy.dewitt@arnoldporter.com

**Garrett Spencer Eggen**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Fax : 302-651-7701
Email: Eggen@rlf.com

**Rosa Jean Evergreen**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000
Fax : 202-942-5999
Email: rosa.evergreen@arnoldporter.com

**Andre Geverola**
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602
(312) 583-2300
Fax : (312) 583-2360
Email: andre.geverola@arnoldporter.com

**Victor Goldfield**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
Fax : 212-403-2000
Email: VGoldfeld@wlrk.com

**Jason B. Gott**
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
312-876-7700
Fax : 312-993-9767
Email: jason.gott@lw.com

**Christopher R. Harris**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax : 212-751-4864
Email: christopher.harris@lw.com

**Justin S. Kirschner**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Email: justin.kirschner@lw.com

**Emil A. Kleinhaus**
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Fax : 212-403-2000
Email: eakleinhaus@wlrk.com

**George Klidonas**
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

Email: george.klidonas@lw.com

**Kiet Lam**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
Email: KTLam@wlrk.com

**Garrett S. Long**
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
Email: garrett.long@lw.com

**Arthur Luk**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
202-942-5000
Fax : 202-942-5999
Email: arthur.luk@arnoldporter.com

**John F. Lynch**
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Fax : 212-403-2000
Email: jlynch@wlrk.com

**Robert Charles Maddox**
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
302-651-7551
Fax : 302-498-7551
Email: maddox@rlf.com

**Robert J. Malionek**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax : 212-751-4864
Email: robert.malionek@lw.com

**Michael Joseph Merchant**
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

usa
302-651-7700
Fax : 302-651-7701
Email: merchant@rlf.com

**Phillip Mindlin**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Fax : 212-403-2000
Email: pmindlin@wlrk.com

**Jason Moehlmann**
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
312-876-7700
Fax : 312-993-9767
Email: jason.moehlmann@lw.com

**Elizabeth A. Morris**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Email: elizabeth.morris@lw.com

**Hugh K. Murtagh**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax : 212-751-4864
Email: hugh.murtagh@lw.com

**Arielle Nagel**
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
Email: arielle.nagel@lw.com

**Dan O'Meara**
Ogletree, Deakins, Nash, Smoak & Stewart
1735 Market Street
Suite 3000
Philadelphia, PA 19103
215-995-2833
Fax : 215-995-2801
Email: dan.omeara@ogletreedeakins.com

**Adam M. Pergament**

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 2001-3743
202-942-5000
Fax : 202-942-5999
Email: adam.pergament@arnoldporter.com

**Sonia Kuester Pfaffenroth**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000
Fax : 202-942-5999
Email: sonia.pfaffenroth@arnoldporter.com

**Amy Christine Quartarolo**
Latham & Watkins LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
213-485-1234
Fax : 213-891-8763
Email: amy.quartarolo@lw.com

**Anna M. Rathbun**
Latham & Wtkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
202-6347-2200
202-637-2201
Email: anna.rathbun@lw.com

**Brendan Joseph Schlauch**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700 x7749
Fax : 302-651-7701
Email: schlauch@rlf.com

**Debra E. Schreck**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York,, NY 10019-9710
212-836-8000
Fax : 212-836-8689
Email: debra.schreck@arnoldporter.com

**Eric Shapland**
Arnold & Porter Kaye Scholer LLP
44th Floor

777 South Figueroa Street
Los Angeles, CA 90017
(213) 243-4000
Email: eric.shapland@arnoldporter.com

**Laura Shores**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001-3743
202-942-5000
Fax : 202-942-5999
Email: laura.shores@arnoldporter.com

**Sarah Silveira**
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Fax : 302-651-7701
Email: silveira@rlf.com

**Keith A. Simon**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1372
Fax : 212-751-4864
Email: keith.simon@lw.com

**Irina Y. Sivachenko**
Latham & Watkins LLP
1271 Avenue of the Americas
New YorK, NY 10020
(212) 906-2986
Fax : (212) 751-4864
Email: irina.sivachenko@lw.com

**Neil M. Snyder**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Fax : 212-403-2000
Email: skcharles@wlrk.com

**Andrew Sorkin**
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
202-637-2200
Fax : 202-637-2201
Email: andrew.sorkin@lw.com

**Robert J. Stearn, Jr.**
Richards, Layton & Finger, P. A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Fax : 302-651-7701
Email: stearn@rlf.com

**Amanda R. Steele**
Richards, Layton and Finger
920 N. King Street
Wilmington, DE 19801
302-651-7838
Fax : 302-428-7838
Email: steele@rlf.com

**Marguerite M Sullivan**
LATHAM & WATKINS LLP
555 Eleventh Street
NW
Suite 1000
Washington, DC 20004
(202) 637-2200
Email: marguerite.sullivan@lw.com

**William J Trach**
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000
Email: william.trach@lw.com

**Ryan Z Watts**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001-3743
202-942-5000
Fax : 202-942-5999
Email: ryan.watts@arnoldporter.com

**Randall Carl Weber-Levine**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Email: randall.weber-levine@lw.com

**Matthew Wolf**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
202-942-5000

Fax : 202-942-5999
Email: matthew.wolf@arnoldporter.com

**Anupama Yerramalli**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Fax : (212) 751-4864
Email: anu.yerramalli@lw.com

**Kelsey Zottnick**
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876-7700
Email: kelsey.zottnick@lw.com

| | | |
|---|---|---|
| *U.S. Trustee*<br>**U.S. Trustee**<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302)-573-6491 | represented by | **Jane M. Leamy**<br>Office of the U.S. Trustee<br>844 King St.<br>Suite 2207<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497<br>Email: jane.m.leamy@usdoj.gov |

**Richard L. Schepacarter**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
usa
302-573-6491
Fax : 302-573-6497
Email: richard.schepacarter@usdoj.gov

*Mediator*
**Kenneth R. Feinberg**

| | | |
|---|---|---|
| *Claims Agent*<br>**Prime Clerk LLC**<br>www.primeclerk.com<br>One Grand Central Place<br>60 East 42nd St, Suite 1440<br>New York, NY 10165<br>212-257-5450 | represented by | **Benjamin Joseph Steele**<br>Prime Clerk LLC<br>One Grand Central Place<br>60 East 42nd Street<br>Suite 1440<br>New York, NY 10165<br>212-257-5490<br>Fax : 212-257-5452<br>Email: bsteele@primeclerk.com |

*Transcriber*

**Reliable Companies**
Attn: Gene Matthews
1007 North Orange Street
Suite 110
Wilmington, DE 19801
302-654-8080

*Creditor Committee*
**Official Committee of Unsecured Creditors Mallinckrodt plc**

represented by **Patrick M. Birney**
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
860-275-8275
Email: pbirney@rc.com

**Phillip M Bowman**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6634
Email: pbowman@cooley.com

**Joseph W Brown**
Cooley, LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
202-776-2060
Fax : 202-842-7899
Email: jbrown@cooley.com

**Rusell Capone**
Cooley LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6580
Email: rcapone@cooley.com

**John D. Cordani, Jr.**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8287
Email: jcordani@rc.com

**Robert E. Earles**
Cooley, LLP
444 W. Lake Street
Suite 1700
Chicago, IL 60606
312-881-6660
Email: bearles@cooley.com

**Jamie Lynne Edmonson**
Robinson+Cole LLP

1201 North Market Street
Suite 1406
Wilmington, DE 19801
302-516-1705
Fax : 302-516-1699
Email: jedmonson@rc.com

**Weiru Fang**
Cooley LLP
1299 Pennyslvania Avenue, NW
Suite 700
Washington, DC 20004
202-776-2110
Fax : 202-842-7899
Email: wfang@cooley.com

**Allegra Flamm**
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
(202) 776-2985
Email: aflamm@cooley.com

**Cathy Hershcopf**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6000
Fax : 212-479-6275
Email: chershcopf@cooley.com

**Jonathan J. Kim**
55 Hudson Yards
New York, NY 10001
(212) 479-6000
Fax : 212-479-6275
Email: jkim@cooley.com

**Michael Klein**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6461
Fax : 212-479-6275
Email: mklein@cooley.com

**David H. Kupfer**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212.479.6530
Fax : 212.479.6275
Email: dkupfer@cooley.com

**James F. Lathrop**
Robinson & Cole LLP
1201 North Market Street, Suite 1406
Wilmington, DE 19801
302-516-1700
Fax : 302-516-1699
Email: jlathrop@rc.com

**Evan M. Lazerowitz**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6000
Fax : 212-479-6275
Email: elazerowitz@cooley.com

**Summer M McKee**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6000
Email: smckee@cooley.com

**Dana Moss**
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
(202) 842-7135vvv
Email: dmoss@cooley.com

**Natalie D. Ramsey**
Robinson & Cole LLP
1201 North Market Street
Suite 1406
Wilmington, DE 19801
302-516-1702
Fax : 302-516-1699
Email: NRamsey@rc.com

**Lauren Reichardt**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6515
Email: lreichardt@cooley.com

**Erica Richards**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6000
Fax : 212-479-6275
Email: erichards@cooley.com

**Ian Shapiro**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6634
Email: ishapiro@cooley.com

**Joshua Siegel**
Cooley, LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
202-842-7891
Fax : 202-842-7899
Email: jsiegel@cooley.com

**Cullen Drescher Speckhart**
Cooley LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
(202) 776-2052
Email: cspeckhart@cooley.com

**Aric H. Wu**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6000
Fax : 212-479-6275
Email: ahwu@cooley.com

| Filing Date | # | Docket Text |
|---|---|---|
| 12/06/2021 | 5697 (12 pgs) | Minute Entry Re: 5681 ; Ruling Read Re: Acthar Administrative Claims; the debtors' objections to the administrative claims asserted by the Acthar Insurance Claimants are SUSTAINED; written order/opinion to follow; CONFIRMATION HEARING (PHASE 2 - DAY #1); hearing adjourned to 12/7/2021 at 11:00 AM; Appearances: (See Attached Registration Sheets) (RC) (Entered: 12/06/2021) |

### PACER Service Center
#### Transaction Receipt
12/20/2021 16:43:43

| PACER Login: | mnat0009 | Client Code: | 57264-0001 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 20-12522-JTD Fil or Ent: filed From: 10/21/2021 To: 12/20/2021 Doc From: 5697 Doc To: 5697 Term: |

|  |  |  | included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 6 | **Cost:** | 0.60 |