# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC, et al.,<br>Debtors.[1] | Chapter 11<br>Case No. 20-12522 (JTD) (Bankr. D. Del.)<br>(Jointly Administered) |
| ATTESTOR LIMITED and HUMANA INC.,<br>Appellants,<br>v.<br>MALLINCKRODT PLC, et al.,<br>Appellees. | C.A. No. 1:21-cv-01780 (LPS)<br><br>**Re: D.I. 6** |

**NOTICE OF FILING OF REDACTED VERSION
OF APPELLEES' COUNTER-DESIGNATION OF
ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

PLEASE TAKE NOTICE that, on January 8, 2022, Debtor Mallinckrodt plc and its affiliated debtors in possession in the above-captioned cases ("Debtors"), filed under seal the *Appellees' Counter-Designation of Items to be Included in Record on Appeal* (D.I. 6) (the "Counter Designation") to be included in the record

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

RLF1 26725981v.2

on appeal Civ. No. 21-cv-01780-LPS with the United States District Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that, attached hereto as <u>Exhibit A</u> is a redacted version of the Counter Designation.

Dated: January 25, 2022
Wilmington, Delaware

*/s/ Brendan J. Schlauch*

| **RICHARDS, LAYTON & FINGER, P.A.** | **LATHAM & WATKINS LLP** |
|---|---|
| Mark D. Collins (No. 2981) | George A. Davis (*pro hac vice*) |
| Robert J. Stearn, Jr. (No. 2915) | George Klidonas (*pro hac vice*) |
| Michael J. Merchant (No. 3854) | Andrew Sorkin (*pro hac vice*) |
| Amanda R. Steele (No. 5530) | Anupama Yerramalli (*pro hac vice*) |
| Brendan J. Schlauch (No. 6115) | 1271 Avenue of the Americas |
| One Rodney Square | New York, New York 10020 |
| 920 N. King Street | Telephone: (212) 906-1200 |
| Wilmington, Delaware 19801 | Facsimile: (212) 751-4864 |
| Telephone: (302) 651-7700 | Email: george.davis@lw.com |
| Facsimile: (302) 651-7701 | george.klidonas@lw.com |
| Email: collins@rlf.com | andrew.sorkin@lw.com |
| stearn@rlf.com | anu.yerramalli@lw.com |
| merchant@rlf.com | |
| steele@rlf.com | |
| schlauch@rlf.com | |

- and –

Jeffrey E. Bjork (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com

- and –

Jason B. Gott (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jason.gott@lw.com

*Attorneys for Debtors-Appellees*

# **EXHIBIT A**