# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 20-12522-JTD<br>(Jointly Administered) |
| ATTESTOR LIMITED and HUMANA INC.,<br><br>Appellants,<br><br>v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Appellees. | Appeal from the Bankruptcy Court<br><br>Case No. 21-cv-01780-TLA |

### STIPULATION BETWEEN APPELLANTS AND APPELLEES EXTENDING DEADLINES WITH RESPECT TO REORGANIZED DEBTORS' MOTION TO DISMISS APPEAL AS EQUITABLY MOOT

This Stipulation is entered into by and between appellants Attestor Limited and Humana Inc. (together "Appellants") and appellees Mallinckrodt, plc *et al.* ("Appellees").

**WHEREAS** Appellees filed the *Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot* (the "Motion") on July 1, 2022; and

**WHEREAS** pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedures, a response to a motion must be filed with seven days of service of the

motion, and a reply to a response must be filed with seven days of service of the response; and

**WHEREAS**, Appellants and Appellees have agreed to extend the deadlines for filing a response and a reply to the Motion as set forth below.

**NOW THEREFORE**, Appellants and Appellees stipulate and agree as follows:

1. The deadline for Appellants to file a response ("Response") to the Motion shall be extended through and including **July 22, 2022**.

2. The deadline for Appellees to file a reply to the Response shall be extended through and including **August 5, 2022**.

Dated: July 7, 2022

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

/s/ Amanda R. Steele  
Mark D. Collins (No. 2981)  
Robert J. Stearn, Jr. (No. 2915)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
One Rodney Square  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Email: collins@rlf.com  
　　　　stearn@rlf.com  
　　　　merchant@rlf.com  
　　　　steele@rlf.com

-and-

**LATHAM & WATKINS LLP**  
Melissa Arbus Sherry  
Andrew Sorkin  
James A. Tomberlin  
555 Eleventh Street, NW, Suite 1000  
Washington, DC 20004  
Telephone: (202) 637-2200  
Email: melissa.sherry@lw.com  
　　　　andrew.sorkin@lw.com  
　　　　greg.indenberken@lw.com  
　　　　james.tomberlin@lw.com

-and-

George A. Davis  
George Klidonas  
Anupama Yerramalli  
Hugh K. Murtagh  
1271 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 906-1200

/s/ Matthew B. Harvey  
Donna L. Culver (Bar No. 2983)  
Robert J. Dehney (Bar No. 3578)  
Matthew B. Harvey (Bar No. 5186)  
Matthew O. Talmo (Bar No. 6333)  
Taylor M. Haga (Bar No. 6549)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
Email:  
　　　dculver@morrisnichols.com  
　　　rdehney@morrisnichols.com  
　　　mharvey@morrisnichols.com  
　　　mtalmo@morrisnichols.com  
　　　thaga@morrisnichols.com

*Counsel to Appellants*

**SHEARMAN & STERLING LLP**  
Todd M. Stenerson (admitted pro hac vice)  
Ryan A. Shores (admitted pro hac vice)  
Jacob M. Coate (admitted pro hac vice)  
401 9th Street, NW, Suite 800  
Washington, DC 20004  
Telephone: (202) 508-8000  
Facsimile: (202) 508-8100  
Email:  
　　　todd.stenerson@shearman.com  
　　　ryan.shores@shearman.com  
　　　jacob.coate@shearman.com

*Counsel to Attestor*

– and –

Email:  george.davis@lw.com
george.klidonas@lw.com
anu.yerramalli@lw.com
hugh.murtagh@lw.com

-and-

Jeffrey E. Bjork
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Fax: (213) 891-8763
Email:  jeff.bjork@lw.com

-and-

Jason B. Gott
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
Email:  jason.gott@lw.com

*Counsel for Debtors-Appellees*

**EIMER STAHL LLP**
Scott C. Solberg (admitted pro hac vice)
Benjamin E. Waldin (admitted pro hac vice)
224 South Michigan Avenue Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Email:
ssolberg@eimerstahl.com
bwaldin@eimerstahl.com

*Counsel to Humana Inc.*

**SO ORDERED** this ___7th___ day of July, 2022.

s/ Thomas L. Ambro
_____
Thomas L. Ambro
United States Circuit Judge