# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Matthew B. Harvey**
(302) 351-9393
(302) 225-2571 FAX
mharvey@mnat.com

November 10, 2022

**BY ELECTRONIC FILING**

The Honorable Thomas L. Ambro
United States Circuit Judge, sitting by designation
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

> Re: Attestor Limited and Humana Inc. v. Mallinckrodt plc, *et al.* (In re Mallinckrodt plc, *et al.*), 21-cv-01780-TLA — Joint Proposed Briefing Schedule

Dear Judge Ambro:

Pursuant to Your Honor's order of October 31, 2022 [D.I. 35], entered in the above-referenced appeal (this "Appeal"), the parties to this Appeal (the "Parties") have conferred and agreed to the following proposed merits briefing schedule:

- Appellants shall file their opening brief by January 6, 2022;
- Appellees shall file their response brief by February 21, 2022; and
- Appellants shall file their reply brief by March 21, 2022.

The Parties are available if Your Honor has any questions.

Very truly yours,

*/s/ Matthew B. Harvey*

Matthew B. Harvey

MBH/mch
cc: All Counsel of Record (via CM/ECF and email)