# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| MALLINCKRODT, PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |
| ATTESTOR LIMITED and HUMANA INC., | |
| Appellants, | |
| v. | Case No. 21-cv-01780 (TLA) |
| MALLINCKRODT, PLC, *et al.*, | |
| Appellees. | |

## STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF BRIEFING DEADLINES

It is hereby stipulated by the parties, subject to the approval of the Court, that the deadline for: (1) Appellants to file their opening brief is extended from January 6, 2023, to January 20, 2023; (2) Appellees to file their responsive brief is extended from February 21, 2023, to March 7, 2023; and (3) Appellants to file a reply brief is extended from March 21, 2023, to April 4, 2023.

**RICHARDS,      LAYTON      &**
**FINGER, P.A.**

/s/ Michael J. Merchant
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:  collins@relf.com
         stearn@rlf.com
         merchant@rlf.com
         steele@rlf.com


-and-


**LATHAM & WATKINS LLP**
Melissa Arbus Sherry (*pro hac vice*)
Andrew Sorkin
Gregory B. in den Berken
James A. Tomberlin (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: melissa.sherry@lw.com
         andrew.sorkin@lw.com
         greg.indenberken@lw.com


*Counsel for Debtors-Appellees*

**MORRIS, NICHOLS, ARSHT &**
**TUNNELL LLP**

/s/ Taylor M. Haga
Robert J. Dehney (Bar No. 3578)
Matthew B. Harvey (Bar No. 5186)
Taylor M. Haga (Bar No. 6549)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
         mharvey@morrisnichols.com
         thaga@morrisnichols.com


-and-


**WILLKIE FARR & GALLAGHER LLP**
Paul V. Shalhoub (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: pshalhoub@willkie.com


Benjamin P. McCallen (*pro hac vice*)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 855 3000
Email: bmccallen@willkie.com


*Counsel to Appellants*


-and-


**SHEARMAN & STERLING LLP**
Todd M. Stenerson (*pro hac vice*)
Ryan A. Shores (*pro hac vice*)
Jacob M. Coate (*pro hac vice*)
401 9th Street, NW, Suite 800

Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
Email: todd.stenerson@shearman.com
       ryan.shores@shearman.com
       jacob.coate@shearman.com

*Counsel to Attestor Limited*

*-and-*

**EIMER STAHL LLP**
Scott C. Solberg (*pro hac vice*)
Benjamin E. Waldin (*pro hac vice*)

224 South Michigan Avenue Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Email: ssolberg@eimerstahl.com
       bwaldin@eimerstahl.com

*Counsel to Humana Inc.*

Dated: December 23, 2022

**SO ORDERED** this _____ day of December, 2022.

_____
THE HONORABLE THOMAS L. AMBRO