IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| ATTESTOR LIMITED and HUMANA INC.,<br><br>　　　　　　Appellants,<br><br>　　　　　　v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>　　　　　　Appellees. | Case No. 21-cv-01780 (TLA) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
FURTHER EXTENSION OF BRIEFING DEADLINES**

WHEREAS, in December 2022, the parties to the above-captioned appeal stipulated to and the Court approved an extension of: (1) Appellants' deadline to file their opening brief, from January 6, 2023, to January 20, 2023; (2) Appellees' deadline to file their responsive brief, from February 21, 2023, to March 7, 2023; and (3) Appellants' deadline to file a reply brief, from March 21, 2023, to April 4, 2023;

WHEREAS, in January 2023, the parties stipulated to and the Court approved a further extension of: (1) Appellants' deadline to file their opening brief, from January 20, 2023 to February 10, 2023; (2) Appellees' deadline to file their responsive brief, from March 7, 2023 to March 28, 2023; and (3) Appellants' deadline to file a reply brief, from April 4, 2023 to April 25, 2023;

It is hereby further stipulated by the parties, subject to the approval of the Court, that the deadline for: (1) Appellants to file their opening brief is further extended from February 10, 2023 to February 24, 2023; (2) Appellees to file their responsive brief is further extended from March 28, 2023 to April 11, 2023; and (3) Appellants to file a reply brief is further extended from April 25, 2023 to May 9, 2023.

**RICHARDS, LAYTON & FINGER, P.A.**

/s/   *Michael J. Merchant*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:  collins@relf.com
           stearn@rlf.com
           merchant@rlf.com
           steele@rlf.com

-and-

**LATHAM & WATKINS LLP**
Melissa Arbus Sherry (*pro hac vice*)
Andrew Sorkin
Gregory B. in den Berken
James A. Tomberlin (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: melissa.sherry@lw.com
           andrew.sorkin@lw.com
           greg.indenberken@lw.com

*Counsel for Debtors-Appellees*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/   *Taylor M. Haga*
Robert J. Dehney (Bar No. 3578)
Matthew B. Harvey (Bar No. 5186)
Taylor M. Haga (Bar No. 6549)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
           mharvey@morrisnichols.com
           thaga@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Paul V. Shalhoub (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: pshalhoub@willkie.com

Benjamin P. McCallen (*pro hac vice*)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 855 3000
Email: bmccallen@willkie.com

*Counsel to Appellants*

-and-

**SHEARMAN & STERLING LLP**
Todd M. Stenerson (*pro hac vice*)
Ryan A. Shores (*pro hac vice*)
Jacob M. Coate (*pro hac vice*)
401 9th Street, NW, Suite 800

        Washington, DC 20004
        Telephone: (202) 508-8000
        Facsimile: (202) 508-8100
        Email: todd.stenerson@shearman.com
              ryan.shores@shearman.com
              jacob.coate@shearman.com

*Counsel to Attestor Limited*

*-and-*

**EIMER STAHL LLP**
Scott C. Solberg (*pro hac vice*)
Benjamin E. Waldin (*pro hac vice*)

224 South Michigan Avenue Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Email: ssolberg@eimerstahl.com
       bwaldin@eimerstahl.com

*Counsel to Humana Inc.*

Dated: February 7, 2023

**SO ORDERED** this _____ day of February, 2023.

_____
THE HONORABLE THOMAS L. AMBRO