IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| ATTESTOR LIMITED and HUMANA INC.,<br><br>Appellants,<br><br>v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Appellees. | Case No. 21-cv-01780 (TLA) |

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the parties hereby stipulate to the dismissal of this appeal with prejudice, with each party to bear its own attorneys' fees and costs. Appellants represent that all costs and fees due have been paid to the District Court for the District of Delaware.

1

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

<div style="display: flex;">

<div>

**RICHARDS, LAYTON & FINGER, P.A.**

<u>/s/ Michael J. Merchant</u>
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:  collins@relf.com
  stearn@rlf.com
  merchant@rlf.com
  steele@rlf.com

-and-

**LATHAM & WATKINS LLP**
Melissa Arbus Sherry (*pro hac vice*)
Andrew Sorkin
Gregory B. in den Berken
James A. Tomberlin (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: melissa.sherry@lw.com
  andrew.sorkin@lw.com
  greg.indenberken@lw.com


*Counsel for Debtors-Appellees*

</div>

<div>

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

<u>/s/  Taylor M. Haga</u>
Robert J. Dehney (Bar No. 3578)
Matthew B. Harvey (Bar No. 5186)
Taylor M. Haga (Bar No. 6549)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
  mharvey@morrisnichols.com
  thaga@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Benjamin P. McCallen (*pro hac vice*)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 855 3000
Email: bmccallen@willkie.com

*Counsel to Appellants*

-and-

**SHEARMAN & STERLING LLP**
Todd M. Stenerson (*pro hac vice*)
Ryan A. Shores (*pro hac vice*)
Jacob M. Coate (*pro hac vice*)
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
Email: todd.stenerson@shearman.com
  ryan.shores@shearman.com
  jacob.coate@shearman.com

</div>

</div>

2

*Counsel to Attestor Limited*

-and-

**EIMER STAHL LLP**
Scott C. Solberg (*pro hac vice*)
Benjamin E. Waldin (*pro hac vice*)
224 South Michigan Avenue Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Email: ssolberg@eimerstahl.com
   bwaldin@eimerstahl.com

*Counsel to Humana Inc.*

Dated: _____, 2023

**SO ORDERED** this _____ day of _____, 2023.

_____
THE HONORABLE THOMAS L. AMBRO